IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA STANTON, et vir.       *

    Plaintiffs            *

                                    Civil Action No.: 08-CV-0022

v.                              *   (RBW)

ELI LILLY & COMPANY, et al.     *

    Defendants            *

  *    *    *    *    *    *    *    *    *

### NOTICE TO ENTER APPEARANCE

Mr. Clerk:

Please enter the appearance of Sidney G. Leech, Malcolm S. Brisker and Goodell, DeVries, Leech & Dann, LLP as attorneys for Bristol-Myers Squibb Company in the above-captioned case.

                                                /s/ Sidney G. Leech
                                              Sidney G. Leech
                                              D.C. Bar No. 359071
                                              Malcolm S. Brisker
                                              D.C. Bar No. 472101
                                              Goodell, DeVries, Leech & Dann, LLP
                                              One South Street, 20th Floor
                                              Baltimore, Maryland 21202
                                              (410) 783-4000
                                              sgl@gdldlaw.com
                                              *Attorneys for Defendant,*
                                              *Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2008, a copy of Bristol-Myers Squibb Company's Notice to Enter Appearance was filed electronically and mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Jesse Weisshaar, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64109; *Attorneys for Defendant Eli Lilly & Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Pharmacia and Upjohn Company; Merck & Company; Ortho-McNeil Pharmaceuticals*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, VA 22102; *Attorneys for Dart Industries, Inc.*

Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204; *Attorneys for GlaxoSmithKline, Inc. and Mallinckrodt, Inc.*

Sarah S. Keast Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C. 20001 ; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C. 20005-5793; *Attorneys for Abbott Laboratories, Inc.*

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314; *Attorneys for Person & Covey, Inc.*

Robert N. Kelly, Esquire
Jackson & Campbell, PC
1120 20th Street, N.W., Suite 300-South
Washington, D.C. 20036; *Attorneys for Kremers-Urban Co.*

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street – 10th Floor
Baltimore, MD 21201; *Attorneys for Lannett Company, Inc.*

Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202; *Attorneys for Carnrick Laboratories, Inc. n/k/a/ Elan Pharmaceuticals*

Rowell Laboratories, Inc.
 as successor to Solvay Pharmaceuticals, Inc.
c/o T. H. Rowell, Jr., President
210 Main Street West
Baudette, MN 56623; *Defendant*

Sanofi Aventis
 as successor to William H. Rorer, Inc.
55 Corporate Drive
Bridgewater, NJ 08807; *Defendant*

/s/ Sidney G. Leech
Sidney G. Leech