IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PATRICIA STANTON, et vir. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 08-CV-0022 (RBW) |
| ELI LILLY & COMPANY, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES

I, the undersigned, counsel of record for Bristol-Myers Squibb Company ("Squibb"), certify that to the best of my knowledge and belief, Bristol-Myers Squibb Company has no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

This representation is made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ Sidney G. Leech
Sidney G. Leech
D.C. Bar No. 359071
Malcolm S. Brisker
D.C. Bar No. 472101
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
sgl@gdldlaw.com
*Attorneys for Defendant,*
*Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2008, a copy of Bristol-Myers Squibb Company's Certificate Required By Rule 7.1 of the Local Rules was filed electronically and mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Jesse Weisshaar, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64109; *Attorneys for Defendant Eli Lilly & Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Pharmacia and Upjohn Company; Merck & Company; Ortho-McNeil Pharmaceuticals*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, VA 22102; *Attorneys for Dart Industries, Inc.*

Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204; *Attorneys for GlaxoSmithKline, Inc. and Mallinckrodt, Inc.*

Sarah S. Keast  Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C. 20001 ; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C.  20005-5793; *Attorneys for Abbott Laboratories, Inc.*

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA  22314; *Attorneys for Person & Covey, Inc.*

Robert N. Kelly, Esquire
Jackson & Campbell, PC
1120 20th Street, N.W., Suite 300-South
Washington, D.C.  20036; *Attorneys for Kremers-Urban Co.*

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street – 10th Floor
Baltimore, MD  21201; *Attorneys for Lannett Company, Inc.*

Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD  21202; *Attorneys for Carnrick Laboratories, Inc. n/k/a/ Elan Pharmaceuticals*

Rowell Laboratories, Inc.
 as successor to Solvay Pharmaceuticals, Inc.
c/o T. H. Rowell, Jr., President
210 Main Street West
Baudette, MN  56623; *Defendant*

Sanofi Aventis
 as successor to William H. Rorer, Inc.
55 Corporate Drive
Bridgewater, NJ  08807; *Defendant*

/s/ Sidney G. Leech
Sidney G. Leech