THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA STANTON, et al.**<br><br>　　　　　　　**Plaintiffs,**<br><br>　　vs.<br><br>**ELI LILLY AND COMPANY, et al.**<br><br>　　　　　　　**Defendants**. | )<br>)<br>)　**CIVIL ACTION No. 1:08-cv-00022-RBW**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Judith L. O'Grady as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON, L.L.P.

　　　　　　　　　　　　　　　　　/s/ Judith L. O'Grady
　　　　　　　　　　　　　　　　　Judith L. O'Grady, D.C. Bar No. 494290
　　　　　　　　　　　　　　　　　600 14TH Street, N.W., Suite 800
　　　　　　　　　　　　　　　　　Washington, D.C. 20005-2004
　　　　　　　　　　　　　　　　　(202) 783-8400  Telephone
　　　　　　　　　　　　　　　　　(202) 783-4211 Facsimile

　　　　　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANT**
　　　　　　　　　　　　　　　　　**ELI LILLY AND COMPANY**

144898v1

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 9th day of January, 2008, which sent notification of such filing to all counsel of record listed below.

| | |
|---|---|
| Aaron M. Levine<br>AARON M. LEVINE & ASSOCIATES<br>1320 19th Street, NW, Suite 500<br>Washington, DC  20036<br>**Attorneys for Plaintiffs** | Jennifer G. Levy<br>Kirkland & Ellis, LLP<br>655 Fifteenth Street NW, Suite 1200<br>Washington, DC  20005-5793<br>**Attorneys for Abbott Laboratories, Inc.** |
| Sidney G. Leech<br>Goodell, DeVries, Leech & Dann, LLP<br>One South Street, 20th Floor<br>Baltimore, MD  21202<br>**Attorneys for Bristol Myers Squibb Company** | John F. Anderson<br>Troutman Sanders, LLP<br>1660 International Drive, Suite 600<br>McLean, VA  22102<br>**Attorneys for Dart Industries, Inc.** |
| Harold M. Walter<br>Tydings & Rosenberg, LLP<br>100 East Pratt Street, Suite 2600<br>Baltimore, MD 21202<br>**Attorneys for Elan Pharmaceuticals, Inc.** | Janet K. Coleman<br>Whitney & Bogris, L.L.P.<br>401 Washington Avenue, 12th Floor<br>Towson, MD 21204<br>**Attorneys for GlaxoSmithKline and Mallinckrodt, Inc.** |
| Robert N. Kelly<br>Jackson & Campbell, P.C.<br>1120 20th Street, N.W.<br>Washington, DC 20036<br>**Attorneys for Kremers-Urban Co.** | Kathleen M. Bustraan<br>Lord & Whip, P.A.<br>36 South Charles Street, 10th Floor<br>Baltimore, MD 21201<br>**Attorneys for Lannett Company, Inc.** |
| Elizabeth Ewert<br>Drinker Biddle & Reath, LLP<br>1500 K Street NW, Suite 1100<br>Washington, DC  20005<br>**Attorneys for Merck & Co., Inc. and Pharmacia and Upjohn Company** | Sean C.E. McDonough<br>David D. Hudgins<br>Hudgins Law Firm<br>515 King Street, Suite 400<br>Alexandria, VA  22314<br>**Attorneys for Person & Covey, Inc.** |
| Sarah S. Keast<br>Goodwin & Proctor, LLP<br>901 New York Avenue, NW, Suite 900<br>Washington, D.C.  20001<br>**Attorneys for Premo Pharmaceutical Laboratories, Inc.** | William David Sanders<br>McGivney & Kluger, P.C.<br>23 Vreeland Avenue, Suite 220<br>Florham Park, NJ 07932<br>**Attorneys for Sanofi Aventis** |

144898v1

- 3 -

T. H. Rowell, Jr., President
c/o Rowell Laboratories, Inc.
210 Main Street West
Baudette, MN 56623

                                            <u>/s/ Judith L. O'Grady</u>
                                            **ATTORNEY FOR DEFENDANT**
                                            **ELI LILLY AND COMPANY**

144898v1