UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA STANTON, <u>et al</u>.,                    )
                                                   )
                        Plaintiffs,                )        Civil Action No. 1:08cv0022 (RBW)
                                                   )
v.                                                 )
                                                   )
ELI LILLY AND COMPANY, <u>et al</u>.,              )
                                                   )
                        Defendants.                )

## <u>LOCAL RULE 26.1 DISCLOSURE STATEMENT</u>

I, the undersigned counsel for defendant Dart Industries, Inc., (formerly

known as Rexall Drug Company) certify that to the best of my knowledge and

belief, Dart Industries Inc. is a wholly owned subsidary of Tupperware

Corporation.  This representation is made in order that the Judges of this Court

may determine the need for recusal.

DART INDUSTRIES, INC.
By Counsel

Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
(703) 734-4356

By:     /s/ John F. Anderson
        John F. Anderson
        DC Bar No. 393764

OF COUNSEL

Sheila AnnMarie Moeller
Gilbride, Tusa, Last & Spellane LLC
31 Brookside Drive
Greenwich, CT 06836
(203) 622-9360