## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PATRICIA STANTON, et ux.                    *

          Plaintiffs                    *        Civil Action No.: 1:08-CV-
00022RBW

v.                                          *

ELI LILLY & COMPANY, et al                  *

          Defendants                    *

        *        *        *        *        *        *        *

## DEFENDANT, LANNETT COMPANY, INC.'S, CERTIFICATE REQUIRED BY SUPERIOR COURT CIVIL PROCEDURE RULE 7.1

      I, the undersigned, counsel for Defendant, Lannett Company, Inc., certifies

that to the best of my knowledge and belief, Lannett Company, Inc., has the

following parent companies, subsidiaries or affiliates which may have any

outstanding securities in the hands of the public: None.

      This representation is made in order that the Judges of this Court may

determine the need for recusal

                                 /s/ Kathleen M. Bustraan
                                 Kathleen M. Bustraan (Bar #MD-24417)
                                 Lord & Whip, P.A.
                                 36 S. Charles Street, 10th Floor
                                 Baltimore, Maryland  21201
                                 (410) 539-5881
                                 Attorneys for Defendant,
                                 Lannett Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th   day of January, 2008 a copy of Lannett Company, Inc.'s Corporate Disclosure Statement was sent by first class mail, postage pre-paid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, DC  20005-5793

Sidney G. Leech, Esquire
Goodell Devries Leech & Dann, LLP
1 South Street, 20th Floor
Baltimore, Maryland 21202

Elizabeth Ewert, Esquire
Drinker, Biddle and Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

John S. Anderson, Esquire
Troutman Saunders, LLP
1660 International Drive, Suite 600
McClean, Virginia 22102

Janet D. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 10th Floor
Towson, Maryland 21204

Sarah S. Keast, Esquire
Goodwin Proctor, LLP
901 New York Avenue, Suite 900
Washington, D.C. 20001

Harold Mark Walter, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland  21202

Robert N. Kelly, Esquire
Jackson & Campbell, PC
South Tower
1120 20th Street, NW
Washington, D.C. 20036

Sean C. E. McDonough, Esquire
David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314

Rowell Laboratories, Inc.
C/o T.H. Rowell, Jr., President
210 Main Street, West
Baudette, Minnesota 56623

Sanofi Aventis
55 Corporate Drive
Bridgewater, New Jersey 08807

*/s/ Kathleen M. Bustraan*
Kathleen M. Bustraan

395861

2