IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA STANTON, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | Case No. 1:08CV00022 (RBW) |
| v. ) | |
| ) | |
| ELI LILLY AND COMPANY, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

**DEFENDANT ORTHO-MCNEIL PHARMACEUTICAL, INC.'S
CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant Ortho-McNeil Pharmaceutical, Inc. ("Ortho-McNeil"), certify that to the best of my knowledge and belief, Ortho-McNeil has the following parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public:

- Johnson & Johnson

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

By: ___/s/ Elizabeth Ewert___
Elizabeth Ewert (#479368)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465
*Attorneys for Ortho-McNeil
Pharmaceutical, Inc.*

Dated: January 9, 2008

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2008, a copy of the above and foregoing **Defendant Ortho-McNeil Pharmaceutical, Inc.'s Certificate Required by 7.1 of the Local Rules** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert