## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

PATRICIA STANTON, *et al.*,          )
                                     )
                    *Plaintiffs,*    )
                                     )        **Case No. 1:08CV00022 (RBW)**
         v.                          )
                                     )
ELI LILLY AND COMPANY, *et al.*,     )
                                     )
                    *Defendants.*    )

### NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Elizabeth Ewert  as counsel in this case for Defendant Ortho-McNeil Pharmaceutical, Inc.

I certify that the above-named counsel are admitted to practice in this Court.

Respectfully submitted,

By:____/s/ Elizabeth Ewert_____
    Elizabeth Ewert  (#479368)
    DRINKER BIDDLE & REATH LLP
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 20005-1209
    Telephone:  202/842-8800
    Telecopier:  202/842-8465
    *Attorneys for Ortho-McNeil*
    *Pharmaceutical, Inc.*

Dated: January 9, 2008

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2008, a copy of the above

and foregoing **Defendant Ortho-McNeil Pharmaceutical, Inc.'s Entry of Appearance**

was filed electronically with the Clerk of the Court, using the CM/ECF system, which

sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert