## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PATRICIA STANTON, *et al.*,                    )
                                               )
                    *Plaintiffs,*              )
                                               )      Case No. 1:08CV00022 (RBW)
        v.                                     )
                                               )
ELI LILLY AND COMPANY, *et al.*,               )
                                               )
                    *Defendants.*              )

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES

I, the undersigned, counsel of record for Defendant Merck & Co., Inc.'s

("Merck"), certify that to the best of my knowledge and belief, Merck has no parent

companies, subsidiaries or affiliates which have any outstanding securities in the hands

of the public.

This representation is made in order that judges of this Court may determine the

need for recusal.

                                        Respectfully submitted,


                                        By: /s/ Elizabeth Ewert
                                            Elizabeth Ewert (#479368)
                                            DRINKER BIDDLE & REATH LLP
                                            1500 K Street, N.W., Suite 1100
                                            Washington, D.C. 20005-1209
                                            Telephone: 202/842-8800
                                            Telecopier: 202/842-8465
                                            *Attorneys for Merck & Co. Inc.*

Dated:  January 9,  2008

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 9th day of January, 2008, a copy of the above

and foregoing **Defendant Merck & Co., Inc.'s Certificate Required by LCvR 7.1 of the**

**Local Rules** was filed electronically with the Clerk of the Court, using the CM/ECF

system, which sent notification of such filing to all parties and counsel in this case.

<u>/s/ Elizabeth Ewert</u>
Elizabeth Ewert