### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA STANTON and STEVEN STANTON | * |
| Plaintiffs | * |
| | *   Case No. 08-CV-0022 (RBW) |
| v. | * |
| ELI LILLY & CO., et. al. | * |
| Defendants | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE

Please enter the appearance of Janet K. Coleman on behalf of SmithKline Beecham Corporation, d/b/a GlaxoSmithKline.

Respectfully submitted,

/s/ Janet K. Coleman
Janet K. Coleman (497902)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
12th Floor
Towson, MD  21204
(410) 583-8000
**Attorneys for GLAXOSMITHKLINE**