UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA STANTON and STEVEN STANTON,

            Plaintiffs,

v.

ELI LILLY AND COMPANY, et al.,

            Defendants.

Civil Action No. 08-cv-0022 (RBW)

## RULE 7.1 DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Premo Pharmaceutical Laboratories, Inc., certify that to the best of my knowledge and belief, Premo has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for Recusal.

Dated:    Washington, D.C.
            January 10, 2008

                          Respectfully submitted,

                          By:  /s/ Sarah Keast
                          Sarah Keast (Bar # 484262)
                          GOODWIN PROCTER LLP
                          901 New York Avenue, N.W.
                          Washington, D.C. 20001
                          Telephone: (202) 346-4000
                          Facsimile: (202) 346-4444
                          Skeast@goodwinprocter.com
                          *Attorneys for Defendant*
                          *Premo Pharmaceutical Laboratories, Inc.*

-2-

        Of Counsel:
        Christopher Garvey, Esq.
        Jordan D. Weiss, Esq.
        GOODWIN PROCTER LLP
        599 Lexington Avenue
        New York, New York 10022
        Telephone (212) 813-8800
        Facsimile (212) 355-3333
        Cgarvey@goodwinprocter.com
        JWeiss@goodwinprocter.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I caused to be served by electronic means, via the Court's ECF system, the Answer, on all counsel registered to receive electronic notices. I also certify that I have caused copies of the aforementioned documents to be served via Federal Express upon the non-CM/ECF participants:

*See Service List*

Dated: January 10, 2008
       Washington, D.C.

                                                          /s/
                                             Sarah S. Keast

SERVICE LIST

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, PA
1320 19th Street, NW, Suite 500
Washington, DC 20036
*Attorneys for Plaintiff*

John Chadwick Coots
Shook, Hardy & Bacon LLP
600 14th Street, NW
Suite 800
Washington, DC 20005
Attorneys for Defendant
*Eli Lilly & Company*

Janet Coleman
Whitney & Bogris, LLP
401 Washington Avenue
12th Floor
Towson, MD 21204
Attorneys for Defendants
*S.E. Massengill, n/k/a Glaxosmithkline Inc.*

Sidney G. Leech
Goodell, Devries, Leech & Dann LLP
One South Street
20th Floor
Baltimore, MD 21202
Attorneys for Defendant
*E.R. Squibb & Sons, Inc.*

John Anderson
Troutman Sanders LLP
1660 International Drive
Suite 600
McLean, VA 22102
Attorneys for Defendant
*Dart Industries, Inc., p/k/a Rexall Drug Company, Inc.*

Elizabeth Ewert
Drinker Biddle LLP
1500 K Street, NW
Suite 1100
Washington, DC 20005
Attorneys for Defendant
*The Upjohn Company*

Jennifer G. Levy
Kirkland & Ellis LLP
655 Fifteenth Street NW
Suite 1200
Washington, DC 20005-5793
Attorneys for Defendant
*Abbott Laboratories, Inc.*

Harold M. Walter
Tydings & Rosenberg LLP
100 East Pratt Street
Suite 2600
Baltimore, MD 21202
Attorneys for Defendant
*Elan Pharmaceuticals, Inc.*

Robert N. Kelly
Jackson & Campbell, P.C.
1120 20th Street, N.W.
Washington, D.C. 20036
Attorneys for Defendant
*Kremers-Urban Co.*

Kathleen M. Bustraan
Lord & Whip, P.A.
36 South Charles Street
10th Floor
Baltimore, MD 21201
Attorneys for Defendant
*Lannett Company, Inc.*

LIBNY/4667112.1

-5-

Sean C.E. McDonough
David D. Hudgins
Hudgins Law Firm
5152 King Street
Suite 400
Alexandria, VA 22314
Attorneys for Defendant
*Person & Covey, Inc.*

Rowell Laboratories, Inc.
c/o T.H. Rowell, Jr. President
210 Main Street West
Baudette, MN 56623

William David Sanders
McGivney & Kluger, P.C.
23 Vreeland Avenue
Suite 220
Florham Park, NJ 07932
Attorneys for Defendant
*Sanofi Aventis*