THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA STANTON and
STEVEN STANTON                             *

    Plaintiffs                              *

                                                       Case No. 08 CV 0022(RBW)

v.                                                        *

ELI LILLY AND COMPANY, et. al.      *

    Defendants                            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE

Please enter the appearance of Janet K. Coleman on behalf of Mallinckrodt, Inc.

                                                         Respectfully submitted,

                                                         /s/ Janet K. Coleman
                                         Janet K. Coleman (497902)
                                         WHITNEY & BOGRIS, LLP
                                         401 Washington Avenue
                                         12th Floor
                                         Towson, MD  21204
                                         (410) 583-8000
                                         **Attorneys for Mallinckrodt, Inc.**