THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Patricia Stanton and**<br>**Steven Stanton**<br>**12 Billings Partk**<br>**Newton, MA 02458**<br>                    **Plaintiffs**<br><br>        vs.<br><br>**ELI LILLY AND COMPANY, et al.,**<br>**Lilly Corporate Center**<br>**Indianapolis, IN 46285**<br><br>                    **Defendants**. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 08-0022(RBW)<br>)<br>) SUPERIOR COURT NO. 2007 CA 008152B<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT GLAXOSMITHKLINE'S CONSENT TO REMOVAL**

Defendant GlaxoSmithKline, with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 2007 CA 008152 B), to this Court.

   /s/ Janet K.Coleman
Janet K. Coleman (497902)
Whitney & Bogris, L.L.P.
401 Washington Avenue, 12th Floor
Towson, MD 21204
Telephone: (410) 583-8000
Facsimile: (800) 893-1239

**ATTORNEYS FOR**
**GLAXOSMITHKLINE**