UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

PATRICIA STANTON and STEVEN STANTON
12 Billings Park Newton, MA 02458,

    Plaintiffs,

                                                Civil Action No. 1:08-00022-RBW

    v.

ELI LILLY AND COMPANY, *et al.*
including SANOFI-AVENTIS as successor-
in-interest to William H. Rorer, Inc.
55 Corporate Drive
Bridgewater, New Jersey 08807,

    Defendants.

**LOCAL CIVIL RULE 7.1 DECLARATION OF COUNSEL FOR
SANOFI-AVENTIS PHARMACEUTICALS, INC.,
F/K/A RHONE-POULENC RORER PHARMACEUTICALS, INC.,
A SUCCESSOR IN INTEREST TO WILLIAM H. RORER, INC.**

I, William D. Sanders, state as follows under penalty of perjury:

    1.    I am a member of the bar of this Court and am associated with the firm of McGivney & Kluger, P.C., attorneys for defendant Sanofi-Aventis. I make this Declaration to the best of my knowledge, and based upon information supplied to me by the defendant, Sanofi-Aventis.

    2.    Sanofi-Aventis, which is a French corporation, is publicly traded on the New York and Paris Stock Exchanges. It has a principal office at 55 Corporate Drive Bridgewater, New Jersey 08807, is a parent of Aventis Pharmaceuticals, Inc. Aventis Pharmaceuticals, Inc. is a wholly-owned, indirect subsidiary of Sanofi-Aventis, a French corporation that is publicly traded on the New York and Paris Stock Exchanges. The indirect parties in the "chain of ownership" between Aventis Pharmaceuticals, Inc. and Sanofi-Aventis are corporate entities which are not publicly traded.

1

2

    3.    Aventis Pharmaceuticals, Inc., was formerly known as Rhone-Poulenc Rorer Pharmaceuticals, Inc., a successor-in-interest to William H. Rorer, Inc.

    4.    I make this Declaration so that the Judges of this Court may determine whether the need for recusal created by virtue of any relationship to the defendant.

I declare under penalty of perjury that the foregoing is true and correct. I am aware that if the statements made by me are willfully false, I am subject to punishment.

*William D. Sanders*
William D. Sanders

McGIVNEY & KLUGER, P.C.
23 Vreeland Road
Suite 220
Florham Park, New Jersey 07932
(973) 822-1110
Attorneys for defendant Sanofi-Aventis f/k/a
Rhone-Poulenc Rorer Pharmaceuticals, Inc., a
successor in interest to William H. Rorer, Inc.

Dated: February 4, 2008