UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

PATRICIA STANTON and STEVEN STANTON
12 Billings Park Newton, MA 02458,

    Plaintiffs,

                                    Civil Action No. 1:08-00022-RBW

    v.

ELI LILLY AND COMPANY, *et al.*
including SANOFI-AVENTIS as successor-
in-interest to William H. Rorer, Inc.
55 Corporate Drive
Bridgewater, New Jersey 08807,

    Defendants.

**NOTICE OF APPEARANCE OF DEFENDANT SANOFI-AVENTIS**,
**F/K/A RHONE-POULENC RORER PHARMACEUTICALS, INC.,**
**A SUCCESSOR-IN-INTEREST TO WILLIAM H. RORER, INC.**

Please take notice that pursuant to Local Civil Rule 83.6(a), the undersigned attorneys hereby enters their appearance on behalf of defendant Sanofi-Aventis, f/k/a Rhone-Poulenc Rorer Pharmaceuticals, Inc., a successor-in-interest to William H. Rorer, Inc.

                                                McGIVNEY & KLUGER, P.C.
                                                23 Vreeland Road
                                                Suite 220
                                                Florham Park, New Jersey 07932
                                                (973) 822-1110
                                                Attorneys for defendant Sanofi-Aventis f/k/a
                                                Rhone-Poulenc Rorer Pharmaceuticals, Inc., a
                                                successor in interest to William H. Rorer, Inc.

                                                By:  *William D. Sanders*
                                                       William D. Sanders (WS 2511)

Dated:  February 4, 2008