THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PATRICIA STANTON and STEVEN STANTON,**

                Plaintiffs,

    vs.                                Case No. 1:08-cv-00022-RBW

**ELI LILLY AND COMPANY,** *et al.*

                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT ELI LILLY AND COMPANY'S
EMERGENCY MOTION FOR EXPEDITED CONSIDERATION**

COMES NOW Defendant Eli Lilly and Company ("Lilly" ) and respectfully requests that this Court give expedited consideration to its Motion for Protective Order or, in the Alternative, Motion to Compel Discovery Deposition ("Motion for Protective Order"). In support of its motion, Lilly states as follows:

1.    On January 30, 2008, plaintiffs noticed the de bene esse deposition of plaintiff Patricia Stanton's mother, Helen Lashenick, for February 27, 2008.

2.    On February 14, 2008, after repeated but unsuccessful attempts to resolve this discovery dispute without judicial intervention, Lilly filed its Motion for Protective Order. Through its motion, Lilly seeks to prevent the de bene esse deposition of Helen Lashenick from going forward as scheduled or, in the alternative, to allow the defendants the opportunity to take a discovery deposition prior to the de bene esse deposition of Helen Lashenick.

3.    On February 22, 2008, Plaintiffs filed their Opposition to Defendant Eli Lilly and Company's Motion for Protective Order, or in the Alternative, Motion to Compel Discovery

145996v1

Deposition indicating their intent to go forward with the de been esse deposition of Helen Lashenick on February 27, 2008.

4.     If Lilly's Motion for Protective Order is not ruled on prior to the deposition, it will be moot and Lilly will forever be deprived of an essential discovery opportunity.

5.     Because the deposition is quickly approaching, Lilly requests expedited consideration of its Motion for Protective Order.

WHEREFORE Defendant Eli Lilly and Company respectfully requests this Court grant Lilly's Emergency Motion for Expedited Consideration, rule upon Lilly's Motion for Protective Order in advance of Helen Lashenick's February 27, 2008 de bene esse deposition and grant such other relief as the Court may deem just and proper.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P

/s/ Michelle R. Mangrum
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Judith L. O'Grady, D.C. Bar No. 494290
600 14th Street, NW Suite 800
Washington, D.C.  20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

and

David W. Brooks
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

145996v1

## L.Cv.R. 7(m) CERTIFICATION

Counsel for Lilly has conferred with plaintiffs' counsel, as required by L.Cv.R. 7(m). Plaintiffs' counsel indicated that plaintiffs do not consent to the relief sought in this Motion.

    /s/ Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

145996v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

- Kathleen M. Bustraan
**bustraan@lordwhip.com**

- Janet K. Coleman
**jcoleman@whitneybogris.com**

- Benjamin Jay Cooper
**bjcooper@aaronlevinelaw.com**

- Elizabeth Ewert
**elizabeth.ewert@dbr.com**

- Sarah S. Keast
**skeast@goodwinprocter.com**

- Robert N. Kelly
**rkelly@jackscamp.com**

- Sidney G. Leech
**sgl@gdldlaw.com**, **msb@gdldlaw.com**

- Aaron M. Levine
**aaronlevinelaw@aol.com**

- Brandon J. Levine
**levbran@aol.com**

- Jennifer Gardner Levy
**jlevy@kirkland.com**

- Steven Jay Lewis
**slewis@aaronlevinelaw.com**

- Sean Charles Edward McDonough
**smcdonough@hudginslawfirm.com**

- Harold M. Walters
**hwalter@tydingslaw.com**

145996v1

- Craig Crandal Reilly
**craig.reilly@rmrwlaw.com**

- Renee Lynne Robinson-Meyer
**aaronlevinelaw@aol.com**

- William David Sanders
**wsanders@mcgivneyandkluger.com**

      Further, I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants:

N/A

                          /s/ Michelle R. Mangrum
                          **ATTORNEY FOR DEFENDANT**
                          **ELI LILLY AND COMPANY**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **PATRICIA STANTON and STEVEN STANTON,** | *<br>*<br>* |
| **Plaintiffs,** | *<br>* |
| vs. | *   Case No. 1:08-cv-00022-RBW<br>* |
| **ELI LILLY AND COMPANY,** *et al.* | *<br>*<br>* |
| **Defendants**. | *<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] ORDER

This matter came before the Court on Defendant Eli Lilly and Company's Emergency Motion for Expedited Consideration. Upon consideration of Lilly's motion,

IT IS HEREBY ORDERED that Defendant Eli Lilly and Company's Emergency Motion for Expedited Consideration is granted. The Court will consider and issue a ruling on Defendant Eli Lilly and Company's Motion for Protective Order, or in the Alternative, Motion to Compel Discovery Deposition prior to the deposition presently set for February 27, 2008.

SO ORDERED, this the _____ day of _____, 2008

_____
Judge Reggie Walton
United States District Court
District of Columbia

cc:  Attached list of counsel

145994v1

## List of Counsel

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036
**Attorneys for Plaintiffs**

Michelle R. Mangrum
SHOOK, HARDY & BACON, L.L.P.
600 14th Street, NW, Suite 800
Washington, DC 20005-2004
**Attorneys for Eli Lilly and Company**

Jennifer Gardner Levy
KIRKLAND & ELLIS
655 15th Street NW
Washington, DC 20005-5793
**Attorneys for Abbott Laboratories, Inc.**

Sidney G. Leech
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, Suite 2000
Baltimore, MD 21202
**Attorneys for Bristol-Myers Squibb Co.**

Craig Crandall Reilly
RICHARDS MCGETTIGAN REILLY & WEST, P.C.
1725 Duke Street, Suite 600
Alexandria, VA 22314
**Attorneys for Dart Industries, Inc.**

Harold M. Walter
TYDINGS & ROSENBERG, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202
**Attorneys for Elan Pharmaceuticals, Inc.**

Janet K. Coleman
WHITNEY & BOGRIS LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
**Attorneys for GlaxoSmithKline and Mallinckrodt, Inc.**

145994v1

Robert N. Kelly
JACKSON & CAMPBELL, P.C.
1120 20th Street, NW
Washington, DC 20036-3406
**Attorneys for Kremers Urban Co.**

Kathleen M. Bustraan
LORD & WHIP, P.A.
36 South Charles Street, 10th Floor
Baltimore, MD 21201
**Attorneys for Lannett Company, Inc.**

Elizabeth Ewert
DRINKER BIDDLE LLP
1500 K Street, NW
Washington, DC 20005
**Attorneys for Merck & Co., Inc.;**
**Ortho-McNeil Pharmaceuticals; and**
**Pharmacia and Upjohn Company**

Sean Charles Edward McDonough
HUDGINS LAW FIRM, PC
515 King Street, Suite 400
Alexandria, VA 22314
**Attorneys for Person & Covey, Inc.**

William David Sanders
MCGIVNEY & KLUGER, P.C.
23 Vreeland Avenue, Suite 220
Florham Park, NJ 07932
**Attorneys for Sanofi Aventis**

Sarah S. Keast
GOODWIN PROCTER, LLP
901 New York Avenue, NW
Washington, DC 20001
**Attorneys for Premo Pharmaceutical Laboratories, Inc.**

145994v1