UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Patricia Stanton, et al., )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>Eli Lilly & Company, et al., )<br>)<br>  Defendants )<br>)<br>_____ ) | Case 08-00022 (RBW) |

DEFENDANT KREMERS-URBAN COMPANY'S
LOCAL RULE 7.1 CERTIFICATE

Defendant Kremers-Urban Company, by and through its undersigned counsel and pursuant to LCvR 7.1 of this Court, hereby certifies that Kremers-Urban Company, now known as Mequon Company, has the following parent companies, subsidiaries or affiliates which have publicly traded outstanding shares:  Sanofi-Aventis, S.A.  This representation is made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

/s/ Robert N. Kelly
_____
Robert N. Kelly, DC Bar No. 287276
1120 20th Street, NW
Suite 300-South
Washington, DC   20036
(202) 457-1647
(202) 457-1678 facsimile
rkelly@jackscamp.com

**ATTORNEYS FOR DEFENDANT
KREMERS-URBAN COMPANY**

657896v.1

## CERTIFICATE OF SERVICE

I, Robert N. Kelly, hereby certify that a true and accurate copy of the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF system, this 25th day of February, 2008, which sent notification of such filing to all counsel of record listed below:

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street NW, Suite 500
Washington, DC 20036
**Attorneys for Plaintiffs**

Jennifer G. Levy
KIRKLAND & ELLIS, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005
**Attorneys for Abbott Laboratories**

Sidney G. Leech
GOODELL, DeVRIES, LEECH & DANN
One South Street, 20th Floor
Baltimore, MD 21202
**Attorneys for Bristol Myers Squibb Company**

John F. Anderson
TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, VA 22102
**Attorneys for Dart Industries, Inc.**

Harold M. Walter
TYDINGS & ROSENBERG, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202
**Attorneys for Elan Pharmaceuticals**

Janet K. Coleman
WHITNEY & BOGRIS, LLP
401 Washington Ave., 12th Floor
Towson, MD 21204
**Attorneys for GlaxoSmithKline and Mallinckrodt, Inc.**

Judith L. O'Grady
SHOOK HARDY & BACON, LLP
600 14th Street NW, Suite 800
Washington, DC 20005
**Attorneys for Eli Lilly & Company**

Kathleen M. Bustraan
LORD & WHIP, PA
36 South Charles Street, 10th Floor
Baltimore, MD 21201
**Attorneys for Lannett Company**

Elizabeth Ewert
DRINKER BIDDLE & REATH, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
**Attorneys for Merck & Co. and Pharmacia and UpJohn Co.**

Sean C.E. McDonough
David D. Hudgins
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA 22314
**Attorneys for Person & Covey**

Sarah S. Keast
GOODWIN & PROCTOR, LLP
901 New York Ave. NW, Suite 900
Washington, DC 20001
**Attorneys for Premo Phamaceutical Laboratories, Inc.**

William David Sanders
McGIVNEY & KLUGER, PC
23 Vreeland Avenue, Suite 220
Florham Park, NJ 07932
**Attorneys for Sanofi Aventis**

      /s/ Robert N. Kelly
**ATTORNEY FOR DEFENDANT KREMERS-URBAN CO.**

657896v.1