UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
STANTON et al.                      )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )      Civil Action No. 08-00022 (RBW)
                                    )
ELI LILLY and COMPANY, et al.       )
                                    )
                                    )
            Defendants.             )
_____)

## ORDER

Currently before the Court is the defendants' Motion For Protective Order or, In The Alternative, Motion to Compel Discovery Deposition [D.E. # 43]. For good cause shown, it is hereby

**ORDERED** that the defendants' Motion for Protective Order or, In The Alternative, Motion to Compel Discovery Deposition is **DENIED.**[1]

**SO ORDERED** this 25th day of February, 2008.

_____
REGGIE B. WALTON
United States District Judge

---

[1] In light of the circumstances surrounding Ms. Lashenick's health and the need to preserve her testimony, the Court shall authorize the *de bene esse* deposition of Ms. Lashenick. However, if the Defendants find that they require further discovery they may make a request to this Court at that time. Further, in denying the defendants' Motion For Protective Order or, In The Alternative, Motion to Compel Discovery Deposition, the Court will **grant** the defendants' Motion for Expedited Consideration [D.E. #45].