THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA STANTON *et al.,*

    **Plaintiffs,**

**v.**

**ELI LILLY & CO., et al.,**

    **Defendants.**

**Civil Action No. 08-cv-0022**
Judge Walton

## PRAECIPE OF DISMISSAL OF DEFENDANT PERSON & COVEY, INC. ONLY WITH PREJUDICE

Pursuant to FRCP Rule 41, it is hereby stipulated by the undersigned, the attorneys of record in the above-titled action that any and all claims asserted by Plaintiffs Patricia Stanton and Steven Stanton in the above-entitled action are dismissed as to Defendant Person & Covey, Inc. with prejudice and without costs to either party as against the other. All claims against any remaining defendants remain open.

                               PATRICIA STANTON
                               AND STEVEN STANTON

Dated: March 7, 2008

/s/ Steven Lewis
Aaron M. Levine (#7864)
Steven Lewis (#472564)
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
Telephone: 202-833-8040
*Counsel for Plaintiff*

2

PERSON & COVEY, INC.

Dated: March 7, 2008

/s/ Sean C.E. McDonough
Sean C.E. McDonough (#438599)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA 22314
Telephone: 703-739-3300
*Counsel for Person & Covey, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March 2008, I sent a true and accurate copy of the foregoing via electronic service to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates
1320 19th Street, Suite 500
Washington, D.C. 20036
*Attorney for Plaintiff*

Michelle R. Mangrum
John Chadwick Coots, Esquire
SHOOK, HARDY & BACON, LLP
600 14th Street, NW, Suite 800
Washington, D.C. 2005-2004
*Attorney for Eli Lilly and Company*

Sidney G. Leech, Esquire
Malcolm S. Brisker, Esquire
Goodell, Devries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorney for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Michael McManus, Esquire
Drinker Biddle & Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
*Attorney for Pharmacia & Upjohn Company & Merck & Company, Inc. & McNeil Labs, Inc.*

Craig C. Reilly, Esq.
Richards McGettigan Reilly & West, P.C.
1725 Duke Street, Suite 600
Alexandria, VA 22312
*Attorney for Dart Industries, Inc.*

Aaron M. Bailey, Esquire
Goodwin Proctor, LLP
901 New York Avenue, NW
9th Floor East
Washington, D.C. 20006

Christopher J. Garvey, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, New York 10022
*Attorney for Premo Pharmaceutical Laboratories, Inc.*

Jamie W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street
26th Floor
Baltimore, Maryland 21202
*Attorney for Elan Pharmaceuticals f/k/a Carnick Laboratories, Inc.*

Janet C. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland 21204
*Attorney for GlaxoSmithKline, Inc. & Mallinckrodt, Inc.*

/s/ Sean C.E. McDonough_____
Sean C.E. McDonough, Esquire