IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA STANTON, et al., | ] |
| | ] |
| Plaintiffs, | ] |
| | ] |
| v. | ]   Civil Action No.: 08-00022 (RBW) |
| | ] |
| ELI LILLY AND COMPANY, et al., | ] |
| | ] |
| Defendants. | ] |

**PRAECIPE OF DISMISSAL
BY PLAINTIFF STEVEN STANTON ONLY**

COMES NOW Plaintiff Steven Stanton, through counsel, directs the clerk to dismiss with prejudice his and only his claims against all Defendants in the above-captioned action.

All claims by Plaintiff Patricia Stanton remain open.

Respectfully submitted,

/s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
(202) 833-8040

Counsel for Plaintiff Steven Stanton