UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNA STANTON, et vir. ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:08 cv 0022 (RBW) |
| ) | |
| v. ) | |
| ) | |
| ELI LILLY AND COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Jaime W. Luse and Tydings & Rosenberg LLP as counsel in this case for Defendant Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc.

I certify that the above-named attorney is admitted to practice in this Court.

Dated: March 24, 2008                     Respectfully submitted,

_____/s/_____

Jaime W. Luse, Bar No. 501944
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700 (p)
(410) 727-5460 (f)
jluse@tydingslaw.com
Attorneys for Elan Pharmaceuticals, Inc. f/k/a
Carnrick Laboratories, Inc.

#818661v.1