**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONNA STANTON, et vir. ) | |
| ) | |
|     Plaintiff, ) | Civil Action No.: 1:08 cv 0022 (RBW) |
| ) | |
| v. ) | |
| ) | |
| ELI LILLY AND COMPANY, et al. ) | |
| ) | |
|     Defendants. ) | |
| _____) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES**

I, the undersigned, counsel of record for Defendant Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc. ("Elan") certify that to the best of my knowledge and belief, the following are the parent companies, subsidiaries or affiliates of Elan which have any outstanding securities in the hands of the public:

      Elan Pharmaceuticals, Inc.

This representation is made in order that judges of this court may determine the need for recusal.

Dated: March 24, 2008                         Respectfully submitted,

                                                 _____/s/_____

                                                 Jaime W. Luse, Bar No. 501944
                                                 Tydings & Rosenberg LLP
                                                 100 East Pratt Street, 26th Floor
                                                 Baltimore, Maryland 21202
                                                 (410) 752-9700 (p)
                                                 (410) 727-5460 (f)
                                                 jluse@tydingslaw.com
                                                 Attorneys for Elan Pharmaceuticals, Inc. f/k/a
                                                 Carnrick Laboratories, Inc.