UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------X

PATRICIA and STEVEN STANTON

        Plaintiffs,

v.

ELI LILLY AND COMPANY, et al.

        Defendants.

------------------------------------------------X

: Civil Action No. 08-00022-(RBW)

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.**

Plaintiffs Patricia and Steven Stanton, through their undersigned counsel, Steven J. Lewis of Aaron M. Levine & Associates, and Defendant, Premo Pharmaceutical Laboratories, Inc., by its undersigned counsel, Sarah S. Keast, of Goodwin Procter LLP, hereby stipulate that Plaintiffs' claims against Premo Pharmaceutical Laboratories, Inc., <u>only</u>, may and shall be dismissed with prejudice, with each party bearing their own costs, expenses, and attorney's fees.

Respectfully submitted,

/s/ Steven J. Lewis (by permission)
Steven J. Lewis (Bar # 472564)
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040
*Attorneys for Plaintiffs*
*Patricia and Steven Stanton*

Sarah S. Keast (Bar # 493632)
Goodwin|Procter LLP
901 New York Ave., NW
(202) 346-4109
*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on April 14, 2008, a copy of the above and foregoing has been duly served upon counsel of record via ECF or first class U.S. Mail, postage pre-paid, to the following:

**Aaron M. Levine, Esq.**
**Brandon J. Levine, Esq.**
**Renee Lynne Robinson-Meyer, Esq.**
**Benjamin J. Cooper, Esq.**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
Attorneys for Plaintiff

**John Chadwick Coots, Esq.**
**Michelle R. Mangrum, Esq.**
**Judith L. O'Grady, Esq.**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
Attorneys for Defendant
*Eli Lilly & Company*

**Jennifer Gardner Levy, Esq.**
KIRKLAND & ELLIS
Civil Litigation
655 15th Street NW
Washington, DC 20005-5793
Attorney for Plaintiff
*Abbott Laboratories, Inc.*

**Sidney G. Leech, Esq.**
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Suite 2000
Baltimore, MD 21202
Attorney for Defendant
*E.R. Squibb & Sons, Inc*

**Craig Crandall Reilly, Esq.**
RICHARDS MCGETTIGAN REILLY & WEST, P.C.
1725 Duke Street
Suite 600
Alexandria, VA 22314
Attorney for Defendant
*DART Industries, Inc.*

**Jaime Walker Luse, Esq.**
TYDINGS & ROSENBERG LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202
Attorney for Defendant
*Elan Pharmaceuticals, Inc.*

**Robert N. Kelly, Esq.**
JACKSON & CAMPBELL, P.C.
1120 20th Street, NW
Washington, DC 20036-3406
Attorney for Defendant
*Kremers-Urban, Co.*

**Kathleen M. Bustraan, Esq.**
LORD & WHIP, P.A.
36 South Charles Street
10th Floor
Baltimore, MD 21201
Attorney for Defendant
*Lannett Company, Inc.*

**Janet K. Coleman, Esq.**
WHITNEY & BOGRIS LLP
401 Washington Avenue
12th Floor
Towson, MD 21204
Attorney for Defendants
*Glaxosmithkline and Mallinckrodt, Inc.*

**Elizabeth Ewert, Esq.**
DRINKER BIDDLE LLP
1500 K Street, NW
Washington, DC 20005
Attorney for Defendant
*Merck & Co., Inc.,,*
*Ortho-McNeil Pharmaceuticals,*
*and Pharmacia & Upjohn Company*

LIBNY/4715995.1

**William David Sanders, Esq.**
MCGIVNEY & KLUGER, P.C.
23 Vreeland Avenue
Suite 220
Florham Park, NJ 07932
Attorney for Defendant
*Sanofi Aventis*

_____
Sarah S. Keast

LIBNY/4715995.1