UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA STANTON, et al.,         )
                                  )
        Plaintiffs,               )   Civil Action No. 1:08cv0022 (RBW)
                                  )
v.                                )
                                  )
ELI LILLY AND COMPANY, et al.,    )
                                  )
        Defendants.               )

### NOTICE OF COUNSEL'S CHANGE OF ADDRESS

Pursuant to L.Cv.R. 83.6, please note the following changes regarding the appearance of Craig C. Reilly (D.C. Bar No. 383594), as counsel for defendant Dart Industries, Inc.:

| | |
|---|---|
| New Address: | 111 Oronoco Street |
| | Alexandria, Virginia 22314 |
| New Telephone: | (703) 549-5354 |
| New Fax: | (703) 549-2604 |
| New Email: | craig.reilly@ccreillylaw.com |

                        DART INDUSTRIES, INC.
                        By Counsel

By:   /s/ Craig C. Reilly
      Craig C. Reilly (D.C. Bar # 383594)
      111 Oronoco Street
      Alexandria, Virginia 22314
       (703) 549-5354
       (703) 549-2604
      craig.reilly@ccreillylaw.com
      COUNSEL FOR DART INDUSTRIES, INC.

OF COUNSEL FOR DART INDUSTRIES, INC.:
Sheila AnnMarie Moeller
Gilbride, Tusa, Last & Spellane LLC
31 Brookside Drive
Greenwich, CT 06836
(203) 622-9360