UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA STANTON
 and STEVEN STANTON,            *

    Plaintiffs                              *

v.                                              *       Civil Action No. 8-0022 (RBW)

Eli Lilly and Company, et al          *

    Defendants                          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF DISMISSAL OF MALLINCKRODT, INC.**

Plaintiff Patricia Stanton and Mallinckrodt, Inc. ("Mallinckrodt") one of the defendants, by their respective undersigned counsel, hereby stipulate that the Complaint filed by Patricia Stanton and Steven Stanton against Mallinckrodt is dismissed with prejudice as to Mallinckrodt only and without costs to either party. Plaintiff Steven Stanton has already dismissed all of his claims against all defendants, including Mallinckrodt, Inc.


/s/Janet K. Coleman                                     /s/Steve J. Lewis  (by permission)
Janet K. Coleman (497902)                        Steven J. Lewis (472564)
WHITNEY & BOGRIS, LLP                         Aaron M. Levine & Associates
401 Washington Avenue                            1320 19th Street., N.W., Suite 500
Towson, Maryland 21204                           Washington, D.C. 20036

**Attorneys for Mallinckrodt, Inc.**                **Attorneys for Plaintiffs**