UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PATRICIA STANTON, et al., | : | |
| | : | |
|     Plaintiffs, | : | Civil Action No. 08-0022 (RBW) |
| v. | : | |
| | : | |
| ELI LILLY AND COMPANY, et al., | : | |
| | : | |
|     Defendants. | : | |
| _____ | : | |

## ORDER

It is unclear to the Court as to when the plaintiffs effectuated service upon the following defendants: Abbott Laboratories, Inc., Bristol-Meyers Squibb Company, and Rowell Laboratories, Inc. Therefore, it is hereby

ORDERED that the plaintiffs shall submit to the Court proof of service as to the previously listed defendants within seven (7) days of the entry of this order.

SO ORDERED on this 29th day of May, 2008.

                                                                    REGGIE B. WALTON
                                                                 United States District Judge