# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA STANTON et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 08-0022 (RBW) |
| ) | (Judge R. B. Walton) |
| ELI LILLY AND CO., et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the Clerk of said Court will please note that Plaintiff has voluntarily dismissed all her claims against Abbott Laboratories in the above-referenced action with prejudice.

Date: May 29, 2008

Respectfully Submitted,

_____s/Aaron Levine/_____
Aaron Levine
D.C. Bar No: 7864
1320 19th Street, N.W.
Suite 500
Washington, D.C. 20036
202-833-8040

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served via the ECF electronic filing system upon all counsel of record in the case on this 29th day of May, 2008.

Dated: May 29, 2008         _____/Jennifer G. Levy/_____
                                       Attorney for Defendant Abbott Laboratories