IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA STANTON, et al., ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| v. ] | Civil Action No.: 08-00022 (RBW) |
| ] | |
| ELI LILLY AND COMPANY, et al., ] | |
| ] | |
| Defendants. ] | |

### PLAINTIFFS' RESPONSE TO THE COURT'S ORDER

COME NOW Plaintiffs, through counsel, and respond to the Court's Order of May 29, 2008 with regard to service of process:

1. This case was initially filed in District of Columbia Superior Court on December 14, 2007. Service was attempted by mail on all Defendants as per District of Columbia Superior Court Rules.

2. This case was removed from District of Columbia Superior Court on January 4, 2008, before Plaintiffs were required to file proofs of service in District of Columbia Superior Court.

3. With regard to Defendant Bristol-Myers Squibb ("Squibb"), Squibb received service on December 21, 2007. See Return Receipt, attached as Exhibit 1. Squibb answered on January 2, 2008. See Superior Court Docket, attached as Exhibit 2. In this Court, Squibb's counsel has filed a Notice of Appearance (see Docket No. 1, filed January 9, 2008) and Squibb has filed a Rule 7.1 Corporate Disclosure (see Docket No. 4, filed January 9, 2008). Squibb has participated in all proceedings to this date and has not challenged service upon it in this case.

4. With regard to Defendant Abbott Laboratories, Inc. ("Abbott"), Abbott received service on December 19, 2007. See Return Receipt, attached as Exhibit 3. Plaintiffs and Abbott have

already reached a settlement in this case and Abbott has today filed a stipulation of dismissal on behalf of both parties.  See Docket No. 62.

5.  With regard to Defendant Rowell Laboratories, Inc. ("Rowell"), despite Plaintiffs' diligent efforts, Plaintiffs have not been able to effect service on Rowell.  Plaintiffs respectfully request this Court to dismiss the suit against Rowell without prejudice.

                              Respectfully submitted,

                              /s/ Aaron M. Levine
                            AARON M. LEVINE, #7864
                            1320 Nineteenth Street, N.W.
                            Suite 500
                            Washington, DC 20036
                            (202) 833-8040

                            Counsel for Plaintiffs

# Exhibit 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br>Bristol-Myers Squibb Company<br>as successor to ER Squibb & Sons In<br>PO Box 4500<br>Princeton, NJ 08543<br>w/s/o CT Corporation<br>1025 Vermont Ave, NW<br>Washington, DC 20005 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service la       7006 0100 0002 6309 9300 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit 2

**2007 CA 008152 B  STANTON, PATRICIA Vs. ELI LILLY AND COMPANY**

| File Date | 12/14/2007 | Case Status | Closed | Case Status Date | 12/14/2007 |
|---|---|---|---|---|---|
| | | Case Disposition | Notice of Removal To USDC | Case Disposition Date | 03/10/2008 |

### Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| STANTON, PATRICIA | | PLAINTIFF | LEVINE, Mr AARON M | (202)833-8046 |
| STANTON, STEVEN | | PLAINTIFF | LEVINE, Mr AARON M | (202)833-8046 |
| ELI LILLY AND COMPANY | | Defendant | COOTS, Mr JOHN C | (202)783-4211 |
| ABBOTT LABORATORIES, INC | | Defendant | | |
| BRISTOL-MEYERS SQUIBB COMPANY | | Defendant | LEECH, Mr SIDNEY G | (410)783-4000 |
| DART INDUSTRIES, INC | | Defendant | | |
| ELAN PHARMACEUTICALS, INC | | Defendant | | |
| GLAXOSMITHKLINE CAPITAL INC | | Defendant | | |
| KREMERS-URBAN CO. | | Defendant | | |
| LANNETT COMPANY, INC | | Defendant | | |
| MALLINCKRODT, INC | | Defendant | | |
| MERCK & CO., INC | | Defendant | | |
| ORTHO-MCNEIL PHARMACEUTICALS, INC | | Defendant | | |
| PERSON & COVEY, INC | | Defendant | | |
| PREMO PHARMACEUTICAL LABORATORIES, INC | | Defendant | | |
| PHARMACIA & UPJOHN COMPANY | | Defendant | | |
| ROWELL LABORATORIES, INC | | Defendant | | |
| SANOFI AVENTIS | | Defendant | | |

### Financial Entries

| Receipt # | Date | Received From | | Amount Paid |
|---|---|---|---|---|
| 90823 | 12/14/2007 | LEVINE, Mr AARON M | | 120.00 |
| | Payment | | Fee | |
| | Check | 120.00 | Cost | 120.00 |

## Docket Entries

| Date | Text |
|---|---|
| 03/13/2008 | Returned: Order of Default Issued on: February 19, 2008 Notice Mailed to: Kremers-Urban Co. Notice Returned to Court on: March 10, 2008 Reason: Return to sender Unable to forward |
| 03/12/2008 | Order of Default: entered on: 02/28/08 Mailed to: Elan Pharmaceuticals, Inc. Returned to Court on: 03/12/08 Reason: Not Deliverable as Addressed |
| 03/10/2008 | Notice of Removal to USDC Filed |
| 03/10/2008 | Event Resulted: The following event: Initial Scheduling Conference-60 scheduled for 03/14/2008 at 9:30 am has been resulted as follows: Result: Event Cancelled per Notice of Removal to US District Court filed by Defendant. AP Judge: FISHER, GERALD I Location: Courtroom 519 |
| 03/04/2008 | Returned: Order of Default Issued on: February 19, 2008 Notice Mailed to: Elan Pharmaceuticals, Inc. Notice Returned to Court on: March 3, 2008 Reason: Return to sender Unable to forward |
| 02/28/2008 | Pursuant to Superior Court Rule 60(a), the DEFAULT entered on February 19, 2008 was entered inadvertently. The default dated February 19, 2008 was entered and the case was transferred to United States District Court. Therefore the DEFAULT IS VACATED AND PARTIES REINSTATED. |
| 02/19/2008 | VACATE 2/28/08 Default Issued. Notice Mailed ABBOTT LABORATORIES, INC (Defendant); DART INDUSTRIES, INC (Defendant); ELAN PHARMACEUTICALS, INC (Defendant); GLAXOSMITHKLINE CAPITAL INC (Defendant); KREMERS-URBAN CO. (Defendant); LANNETT COMPANY, INC (Defendant); MALLINCKRODT, INC (Defendant); MERCK & CO., INC (Defendant); ORTHO-MCNEIL PHARMACEUTICALS, INC (Defendant); PERSON & COVEY, INC (Defendant); PREMO PHARMACEUTICAL LABORATORIES, INC (Defendant); PHARMACIA & UPJOHN COMPANY (Defendant); ROWELL LABORATORIES, INC (Defendant); SANOFI AVENTIS (Defendant); |
| 02/19/2008 | ENTERED IN ERROR Dismissed Without Prejudice Pursuant to SCR 4(m). Notice Mailed ELI LILLY AND COMPANY (Defendant); ABBOTT LABORATORIES, INC (Defendant); DART INDUSTRIES, INC (Defendant); ELAN PHARMACEUTICALS, INC (Defendant); GLAXOSMITHKLINE CAPITAL INC (Defendant); KREMERS-URBAN CO. (Defendant); LANNETT COMPANY, INC (Defendant); MALLINCKRODT, INC (Defendant); MERCK & CO., INC (Defendant); ORTHO-MCNEIL PHARMACEUTICALS, INC (Defendant); PERSON & COVEY, INC (Defendant); PREMO PHARMACEUTICAL LABORATORIES, INC (Defendant); PHARMACIA & UPJOHN COMPANY (Defendant); ROWELL LABORATORIES, INC (Defendant); SANOFI AVENTIS (Defendant);Only |
| 01/04/2008 | Notice of Removal to USDC Filed. submitted 01/04/2008 15:32. tw Attorney: COOTS, Mr JOHN C (461979) ELI LILLY AND COMPANY (Defendant); |
| 01/02/2008 | Answer to Complaint Filed. submitted 01/02/2008 16:20. tw Attorney: LEECH, Mr SIDNEY G (359071) BRISTOL-MEYERS SQUIBB COMPANY (Defendant); |
| 12/17/2007 | Issue Date: 12/17/2007 Service: Summons Issued Method: Service Issued Cost Per: $ ELI LILLY AND COMPANY 1090 Vermont Avenue, NW Suite 910 WASHINGTON, DC 20005 Tracking No: 5000039287 ABBOTT LABORATORIES, INC 100 Abbott Park Road Abbott Park, IL 60064 Tracking No: 5000039288 BRISTOL-MEYERS SQUIBB COMPANY P O Box 4500 PRINCETON, NJ 08543 Tracking No: 5000039289 DART INDUSTRIES, INC 31 Brookside Drive GREENWICH, CT 06836 Tracking No: 5000039290 ELAN PHARMACEUTICALS, INC 1090 Vermont Avenue NW #910 WASHINGTON, DC 20005 Tracking No: 5000039291 GLAXOSMITHKLINE CAPITAL INC 5 Moore Drive Research Triangle Pa, NC 27709 Tracking No: 5000039292 KREMERS-URBAN CO. 6140 W. Executive Drive MEQUON, WI 53092 Tracking No: 5000039293 LANNETT COMPANY, INC 2000 Market Street Tenth Floor Philadelphia, PA 19103 Tracking No: 5000039294 MALLINCKRODT, INC 675 McDonnell Blvd St. Louis, MO 63042 Tracking No: 5000039295 |

| | |
|---|---|
| | MERCK & CO., INC PO BOX 4 WEST POINT, PA 19486 Tracking No: 5000039296 ORTHO-MCNEIL PHARMACEUTICALS, INC 1000 US Highway 202 RARITAN, NJ 08869 Tracking No: 5000039297 PERSON & COVEY, INC 616 Allen Avenue Glendale, CA 91221 Tracking No: 5000039298 PREMO PHARMACEUTICAL LABORATORIES, INC 820 Bear Tavern Road WEST TRENTON, NJ 08628 Tracking No: 5000039299 PHARMACIA & UPJOHN COMPANY 100 Rte 206 North Peapack, NJ 07977 Tracking No: 5000039300 ROWELL LABORATORIES, INC 210 Main Street West BAUDETTE, MN 56623 Tracking No: 5000039301 SANOFI AVENTIS 55 Corporate Drive BRIDGEWATER, NJ 08807 Tracking No: 5000039302 |
| 12/14/2007 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 03/14/2008 Time: 9:30 am Judge: FISHER, GERALD I Location: Courtroom 519 Result: Event Cancelled |
| 12/14/2007 | Complaint for Product Liability Filed Receipt: 90823 Date: 12/14/2007 |

# Exhibit 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Abbott Laboratories Inc
   100 Abbott Park Road
   Abbott Park, IL 60064
   w/s/o CT Corporation
   1025 Vermont Ave, NW
   Washington DC 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery   12-19-7

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0002 6309 9294

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540