UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA STANTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:08cv0022 (RBW) |
| | ) |
| ELI LILLY AND COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION DISMISSING
DART INDUSTRIES, INC. WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of the plaintiff and defendant Dart Industries, Inc. (formerly known as Rexall Drug Company), that the above-entitled action be dismissed with prejudice as against Dart Industries, Inc. and without costs to any party hereto as against the other.

**STIPULATED AND AGREED TO:**

/s/ Aaron M. Levine
Aaron M. Levine
D.C. Bar # 7864
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 833-8040
*Counsel for plaintiff*

/s/ Craig C. Reilly
Craig C. Reilly
D.C. Bar # 383594
111 Oronoco Street
Alexandria, VA 22314
(703) 549-5354
*Counsel for defendant Dart
    Industries, Inc.*