CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PATRICIA STANTO, et al.           )
                                  )
              Plaintiff           )
        v.                        )   Civil Case Number 08-0022 (RCL)
                                  )
ELI LILLY AND COMPANY             )   Category B
                                  )
              Defendant           )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>August 21, 2008</u> from <u>Judge Reggie B. Walton</u> to <u>Chief Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Case transferred by consent.)

JUDGE ELLEN S. HUVELLE<br>
Chair, Calendar and Case<br>
Management Committee

cc:   <u>Judge Walton</u> & Courtroom Deputy
      <u>Chief Judge Lamberth</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk